## United States District Court
### Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | CA-51 |
| Violation Number | 6354529 |
| Officer Name (Print) | Hampel, B |
| Officer No. | 4520 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

- Date and Time of Offense: 01/24/2017, 0902
- Offense Charged: ☒ CFR — 38 CFR 1.218.b (25)
- Place of Offense: PARKING LOT C, 2615 E. Clinton Ave, Fresno CA
- Offense Description / Factual Basis for Charge: PARKING IN SPACES POSTED FOR DISABLED PERSONS

**DEFENDANT INFORMATION**

- Last Name: GEARON
- First Name: JAMIE

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 7UNH036 | CA | | NISSAN | | Red |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

- $ 350 Forfeiture Amount
- + $30 Processing Fee
- **PAY THIS AMOUNT → $ 380 Total Collateral Due**

**YOUR COURT DATE** (If no court appearance date is shown, you will be notified of your appearance date by mail.)

X Defendant Signature: UNAVAILABLE FOR SIGNATURE

(Rev. 09/2015)   Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on JANUARY 24, 2017 while exercising my duties as a law enforcement officer in the EASTERN District of CA.

I OBSERVED A RED NISSAN JUKE (LN 7UNH036) PARKED IN A SPACE CLEARLY MARKED AS RESERVED FOR DISABLED PERSONS. UPON FURTHER INSPECTION, I FOUND THE VEHICLE WAS NOT DISPLAYING ANY HANDICAP PLACARDS. A DMV SEARCH OF THE LICENSE PLATE SHOWED THE REGISTERED OWNER TO BE GEARON, JAMIE.

GEARON WAS ISSUED CITATION #6354529 FOR VIOLATION OF 38 CFR 1.218(b)(25)

* 38 CFR 1.218 (b)(25) - PARKING IN SPACES POSTED FOR DISABLED PERSONS

* PHOTOGRAPHIC EVIDENCE HAS BEEN ARCHIVED IN VA POLICE S: DRIVE UNDER FILE PHOTOGRAPHIC EVIDENCE AND FILE NAMED USDCV#6354529

The foregoing statement is based upon:
- ☒ my personal observation
- ☐ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/24/2017    [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle,
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident